**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
────────────────────────────────────

**EDUARDO MORALES MARIANO,**

              Plaintiff,          20-cv-10933 (JGK)

      - against -                 ORDER

**SIMONE PROPERTY MANAGEMENT, INC., ET AL.,**

              Defendants.
────────────────────────────────────

**JOHN G. KOELTL, District Judge:**

    The plaintiff should submit an Order to Show Cause for a Default Judgment by February 5, 2021.

**SO ORDERED.**

**Dated:    New York, New York**
           **January 26, 2021**        _____/s/ John G. Koeltl_____
                                                           **John G. Koeltl**
                                                 **United States District Judge**