```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
───────────────────────────────────

MORALES MARIANO,

              Plaintiff,

    - against -

SIMONE PROPERTY MANAGEMENT, INC., ET AL.,

              Defendants.

───────────────────────────────────

20-cv-10933 (JGK)

<u>ORDER</u>

**JOHN G. KOELTL, District Judge:**

    The parties should submit a 26(f) Report by March 15, 2021.

**SO ORDERED.**

**Dated:**    New York, New York
            March 3, 2020

                                    /s/ John G. Koeltl
                                          John G. Koeltl
                                **United States District Judge**