UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MORALES MARIANO,

             Plaintiff,

- against -

SIMONE PROPERTY MANAGEMENT, INC., ET AL.

             Defendants.

20-cv-10933 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

The plaintiff's counsel should submit its lodestar calculation for attorney's fees and supporting records by June 7, 2021.

SO ORDERED.

Dated:    New York, New York
          June 1, 2021

                                        John G. Koeltl
                                    United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 6·1·21