UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MORALES MARIANO,

                Plaintiff,

     - against -

SIMONE PROPERTY MANAGEMENT, INC., ET
AL.

                Defendants.

20-cv-10933 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

    As discussed during the teleconference held on June 16, 2021, the parties should submit their revised settlement agreement by June 23, 2021.

SO ORDERED.

Dated:    New York, New York
          June 16, 2021

                          John G. Koeltl
                    United States District Judge